# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COREY DILLON

NO. 2021 KW 1308

**JANUARY 31, 2022**

---

In Re:     Corey Dillon, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 13-CR8-123787.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence was final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT